UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

WAYNE A. CARTER,

                    Plaintiff,            NO.  CV-06-318-MWL

     vs.                                  ORDER ADOPTING REPORT AND
                                          RECOMMENDATION AND DISMISSING
DR. KENNEDY,                              COMPLAINT WITHOUT PREJUDICE

                    Defendant.            **1915(g)**

     Magistrate Judge Leavitt filed a Report and Recommendation on
January 29, 2007, recommending Mr. Carter's civil rights complaint be
dismissed with prejudice as Plaintiff's allegations failed to state an
Eighth Amendment violation of deliberate indifference to his serious
medical needs.  Plaintiff did not amend or file a motion to
voluntarily dismiss as directed.  Plaintiff has filed nothing further
in this action

     There being no objections, **IT IS ORDERED** the Report and
Recommendation is **ADOPTED in its entirety.  IT IS ORDERED** the
complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim
upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2) and
1915A(b)(1).

     Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT
WITHOUT PREJUDICE -- 1

prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be precluded from bringing any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).  **Plaintiff is advised to read the new statutory provisions under 28 U.S.C. § 1915.  This dismissal of Plaintiff's complaint may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims**.

    **IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at his last known address, enter judgment, and close the file.  The District Court Executive is further directed to forward a copy of this Order to the Office of the Attorney General of Washington, Criminal Justice Division.

    **DATED** this 26th day of February 2007.

                        *S/ Robert H. Whaley*

                        ROBERT H. WHALEY
                CHIEF UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2006\Carter\6cv318mwl-2-16-dis.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITHOUT PREJUDICE -- 2