AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Carter

v.

Kennedy

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-318-MWL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED   The Report and Recommendation is ADOPTED in its entirety. The complaint is DISMISSED WITHOUT PREJUDICE for failure to state a claim for which relief may be granted.

| | |
|---|---|
| 02/26/07 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |